CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

APR 3 0 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Bright
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DORY MICHAEL EPPS, | ) | |
| Petitioner, | ) | Civil Action No. 7:08-cv-00081 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TERRY O'BRIEN, | ) | By: Hon. Glen E. Conrad |
| Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** and **ADJUDGED** that the above-referenced motion pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**. This action shall be **STRICKEN** from the active docket of the court, and any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

ENTER: This 30th day of April, 2008.

/s/ Glen E. Conrad
United States District Judge